IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT


ALICE LASHONDA SANFORD,

    Petitioner,

 v.

SKATE STATION OF ORANGE
PARK, INC.,

    Respondent.
_____/

Case No.  5D23-1105
LT Case No. 2018-CA-000339-A

Opinion filed June 9, 2023

Petition for Writ of Mandamus,
Steven B. Whittington, Respondent Judge.

Alice Lashonda Sanford, Orange Park, pro se.

No Appearance for Respondent.


PER CURIAM.

    This Court earlier dismissed Petitioner's petition for writ of mandamus

stemming from Clay County Circuit Court Case Number 2018-CA-000339-A.

Because it appears that Petitioner's filings are abusive, repetitive, malicious,

or frivolous, Petitioner is cautioned that any further pro se filings in this Court

asserting claims stemming from Clay County Circuit Court Case No. 2018-CA-

000339-A, may result in sanctions such as a bar on pro se filing in this Court.

S*tate v. Spencer*, 751 So. 2d 47 (Fla. 1999).

      PETITIONER CAUTIONED.

EDWARDS and KILBANE, JJ., concur.
LAMBERT, C.J., dissents without opinion.